# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0151.  YON JOO NAM v. SUNG HO CHUNG.**

Yon Joo Nam has filed a notice of direct appeal from the trial court's order awarding OCGA § 9-15-14 attorney fees.  However, such awards are subject to the discretionary appeal procedures. See OCGA § 5-6-35 (a) (10); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988).  Nam's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/07/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*